**Order entered May 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01032-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**JERRY GUTIERREZ, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-88020-2012**

## ORDER

This is an appeal by the State of Texas challenging the trial court's granting of appellee Jerry Gutierrez's motion to suppress evidence obtained after a traffic stop. The evidence reviewed by the trial court before ruling on appellee's motion included State's Exhibit #1. The testimony of the arresting officer in support of admission of State's Exhibit #1 indicated that it was a video taken from his patrol car. The testimony further indicated that the video showed appellee's conduct while driving immediately before he was detained. In the record before us, the video designated as State's Exhibit #1 does not show appellee driving immediately before the traffic stop. Instead, the video contains footage of the arresting officer speaking with appellee at the police station. It is apparent, therefore, that the wrong video or video portion was included in the appellate record as State's Exhibit #1.

Based on the foregoing, we **ORDER** Denise Y. Condran, Official Court Reporter of the County Court at Law No. 3 in Collin County, Texas, to file a supplemental reporter's record including the correct State's Exhibit #1 in the above-numbered cause with the Clerk of the Court of Appeals, Fifth District of Texas. We **ORDER** Ms. Condran to file this supplemental reporter's record no later than fifteen days from the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order electronically to Denise Y. Condran, Official Court Reporter of the County Court at Law No. 3 in Collin County, Texas.


/s/     DAVID EVANS
        JUSTICE